IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:13cr137-MHT |
| | ) | (WO) |
| DAVID HAIGLER | ) | |

ORDER

Pursuant to Federal Rule of Criminal Procedure 12.2(c) and 18 U.S.C. § 4241, counsel for defendant David Haigler has requested, without opposition, that Haigler undergo an out-patient psychiatric evaluation to assess his current psychiatric condition and his competency to assist his lawyer in issues relating to his case. In light of Haigler's recent suicide attempt, continued complaints of auditory and visual hallucinations, and the fact that he was treated for psychiatric symptoms in the past, the court has a "bona fide doubt" regarding Haigler's mental competence. United States v. Nickels, 324 F.3d 1250, 1252 (11th Cir. 2003). The court finds, therefore, that a psychiatric examination is warranted.

***

Accordingly, it is ORDERED as follows:

(1) Defendant David Haigler's motion for a psychiatric evaluation (Doc. No. 23) is granted.

(2) Dr. Karl Kirkland of Kirkland & King Clinical & Forensic Psychologists, 1520 Mulberry Street, Montgomery, Alabama 36106, is appointed to perform a psychological evaluation of defendant David Haigler.

(3) Defendant Haigler is to meet with Dr. Kirkland for the purpose of having a psychological evaluation conducted.

(4) Counsel for defendant Haigler is to arrange the times and dates for defendant Haigler to meet with Dr. Kirkland.

(5) Pursuant to 18 U.S.C. § 4247(c), Dr. Kirkland is to conduct the necessary battery of tests to provide the court with the requisite information concerning defendant Haigler's competency, which shall include the following:

    a. Defendant Haigler's personal medical history and present symptoms;

    b. A description of the psychiatric, psychological, and medical tests that were employed and their results;

    c. Dr. Kirkland's findings, opinions, and conclusions as to defendant Haigler's diagnosis and prognosis, and whether defendant Haigler's current condition is such that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

(6) Dr. Kirkland is to file his report with the court by no later than November 18, 2013. He is also to provide copies to counsel for defendant Haigler and counsel for the United States.

(7) Funds not to exceed $ 1,000 are approved pursuant to 18 U.S.C. § 3006A(e)(3) for the purpose of engaging Dr. Kirkland to evaluate defendant.

DONE, this the 18th day of October, 2013.

                                /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE