IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )
                             )
                             )    CRIMINAL ACTION NO.
    v.                       )       2:13cr137-MHT
                             )            (WO)
DAVID HAIGLER                )
```

OPINION AND ORDER

This criminal cause is now before the court on the question of whether defendant David Haigler has the mental capacity to stand trial. Specifically, the question is whether he is currently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. See 18 U.S.C. § 4241(a). During the hearing held on December 5, 2013, the parties agreed to submit the matter to the court for resolution based on the evidence in the record, without submission of additional evidence. Based on a

psychological evaluation of Haigler the court concludes that Haigler is competent to stand trial.

## I. Background

Haigler pled guilty to theft of public money, in violation of 18 U.S.C. § 641, and forging a U.S. Treasury check, in violation of 18 U.S.C. § 510(a)(2). In August 2013, Haigler attempted to commit suicide by overdosing on medication. Based on this suicide attempt and his past reports of visual and auditory hallucinations, the court granted Haigler's request for an out-patient psychiatric evaluation. Dr. Karl Kirkland, Ph.D., evaluated Haigler and found him fully competent to stand trial. Haigler does not contest Dr. Kirkland's report or conclusions.

## II. Dr. Kirkland's Findings

Dr. Kirkland's forensic psychological evaluation of Haigler included a clinical interview, tests for depression and anxiety, an intelligence test, and tests

regarding knowledge of the legal system. Dr. Kirland also reviewed Haigler's medical records and interviewed his wife.

Dr. Kirkland found that Haigler suffers from "significant emotional distress in the form of anxiety and depression" and has a "borderline to low" average intellectual ability. However, Haigler no longer suffers from auditory or visual hallucinations. Despite his depression and "borderline to low" average intelligence, Haigler demonstrated a comprehensive understanding of legal proceedings, the charges against him, and the roles and functions of courtroom players, such as the judge and prosecutor. He can also accurately discuss the range of sentences applicable to his case. According to Dr. Kirkland, Haigler, even without medicine for his depression, is stable enough to assist his attorney in legal proceedings. Dr. Kirkland believes that Haigler, with treatment, will become even more stable.

Based on Dr. Kirkland's uncontested findings, the court finds that Haigler is not currently suffering from a mental disease or defect such that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

\*\*\*

Accordingly, it is ORDERED that defendant David Haigler is declared mentally competent to stand trial in this cause.

DONE, this the 6th day of December, 2013.

                                          /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**